# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 21, 2007

130106 (47)

DAIMLERCHRYSLER CORPORATION,
      Petitioner-Appellant,

v

MICHIGAN DEPARTMENT OF TREASURY,
      Respondent-Appellee.

SC: 130106
COA: 262518
MTT: 295872

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

On order of the Court, the motion for reconsideration of this Court's December 8, 2006 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

CAVANAGH and KELLY, JJ., would grant reconsideration and, on reconsideration, would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 21, 2007

_____
Clerk

t0314